FILED
09 JAN 15 PM
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____ )
                           )
                           ) CASE NO. CV 08 0263
           Plaintiff,      )
                           )
   vs.                     ) APPLICATION TO PROCEED
                           ) IN FORMA PAUPERIS
                           ) (Non-prisoner cases only)
                           )
           Defendant.      )
_____ )

I, Oscar Hernandez, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?         Yes ✓   No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: $2,300                Net: $2,100

Employer: Gate Gourmet

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.

2  _____

3  _____

4  _____

5  2.   Have you received, within the past twelve (12) months, any money from any of the
6  following sources:

7   a.   Business, Profession or                     Yes ____ No ✓
8        self employment?

9   b.   Income from stocks, bonds,                  Yes ____ No ✓
10       or royalties?

11  c.   Rent payments?                              Yes ____ No ✓

12  d.   Pensions, annuities, or                     Yes ____ No ✓
13       life insurance payments?

14  e.   Federal or State welfare payments,          Yes ____ No ✓
15       Social Security or other govern-
16       ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.

19 _____

20 _____

21  3.   Are you married?                            Yes ____ No ✓

22 Spouse's Full Name: _____

23 Spouse's Place of Employment: _____

24 Spouse's Monthly Salary, Wages or Income:

25 Gross $_____ Net $_____

26  4.   a.   List amount you contribute to your spouse's support: $ _____
27       b.   List the persons other than your spouse who are dependent upon you for support
28            and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

_____

_____

5.  Do you own or are you buying a home?   Yes _✓_ No ___

Estimated Market Value: $ _800,000_  Amount of Mortgage: $ _830,000_

6.  Do you own an automobile?   Yes ___ No _✓_

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.  Do you have a bank account?  Yes _✓_ No ____ (Do not include account numbers.)

Name(s) and address(es) of bank: _Washington Mutual Bank_

_San Francisco_____

Present balance(s): $ _110_____

Do you own any cash?  Yes ___ No _✓_  Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ___ No _✓_

_____

8.  What are your monthly expenses?

Rent: $ _1,000_____  Utilities: _300_____

Food: $ _300_____  Clothing: _300_____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.  Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.  Do not include account numbers.)

_____

- 3 -

1  _____

2  10.     Does the complaint which you are seeking to file raise claims that have been presented in

3  other lawsuits?   Yes ___   No  ✓

4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

5  which they were filed.

6  _____

7  _____

8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a

9  false statement herein may result in the dismissal of my claims.

10

11  01/10/08                              [signature]

12     DATE                               SIGNATURE OF APPLICANT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -