UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OSCAR HERNANDEZ,

        Plaintiff,

v.

FIRST FRANKLIN LOAN SERVICES et al,

        Defendant.
_____/

Case Number: C 08-00263 WDB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 6, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Oscar Hernandez
16 Newton Street
San Francisco, CA 94112

Dated: February 6, 2008

        Richard W. Wieking, Clerk

        *Sarah Weinstein*

        By:  Sarah Weinstein, Law Clerk/ Deputy Clerk