**UNITED STATES DISTRICT COURT**
**Northern District of California**
1301 Clay Street
Oakland, California 94612
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

**February 7, 2008**

CASE NUMBER:  CV 08-00263 WDB
CASE TITLE:  OSCAR HERNANDEZ-v-FIRST FRANKLIN LOAN SERVICES

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable THELTON E. HENDERSON** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **TEH** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 02/07/08

FOR THE EXECUTIVE COMMITTEE:

_____*Richard W. Wieking*_____
Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies            Special Projects
Log Book Noted                           Entered in Computer 2/7/08 cl


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                  Transferor CSA