IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OSCAR HERNANDEZ,

        Plaintiff,

v.

FIRST FRANKLIN LOAN SERVICES, et al.,

        Defendants.

NO. C08-0263 TEH

ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS AND ORDER DISMISSING CASE

This case was reassigned to this Court following the filing of an order and recommendations by Magistrate Judge Wayne D. Brazil on February 6, 2008. No objections to the recommendations have been received, and the period for filing such objections has now expired. *See* Fed. R. Civ. P. 72(b)(2) (allowing ten-day period for filing objections). The Court has reviewed the order and recommendations, as well as the record in this case, and agrees with Judge Brazil's recommendations. Accordingly, with good cause appearing, Plaintiff Oscar Hernandez's application to proceed in forma pauperis is DENIED, and this matter is DISMISSED without prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: 02/25/08

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HERNANDEZ et al,

        Plaintiff,

  v.

FIRST FRANKLIN LOAN SERVICES et al,

        Defendant.

Case Number: CV08-00263 TEH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 26, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Oscar Hernandez
16 Newton Street
San Francisco, CA 94112

Dated: February 26, 2008

Richard W. Wieking, Clerk
By: R.B. Espinosa, Deputy Clerk