FILED
FEB 2 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR HERNANDEZ<br><br>C/o 16 Newton Street,<br><br>San Francisco, California Zip Code<br><br>Exempt,<br><br>　　　Libellant,<br><br>　　vs.<br><br>FIRST FRANKLIN LOAN SERVICES et. Al.<br><br>C/O P. O. Box 1838<br><br>Pittsburg, Pennsylvania [15230]<br><br>　　　Libellee, | Case No.: No. CV 08-263 WDB<br><br>**NOTICE OF ACCEPTANCE OF OATH OF OFFICE AND BOND** |

Notice to the agent is notice to the principal, notice to the principal is notice to the agent.

Re: NOTICE OF ACCEPTANCE OF OATH OF OFFICE AND BOND

　　Now, by special appearance, comes Oscar Hernandez, the flesh and blood man, Sui Juris and unschooled in law, hereinafter referred to as me, my, I, or the like, to make the following NOTICE with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead Additionally this presentment is not put forth for purposes of delay nor to request any B.A.R.

ACCEPTANCE OF OATH AND BOND - 1 OF 2

1  member attorned esquire, or agents thereof, to make any determinations for
2  me, legal or otherwise, including but not limited to any so called
3  "overturning of a motion". This is not a motion. This is a NOTICE. If you are
4  reading this then the presumption will operate that you have ACTUAL NOTICE of
5  the subject matter herein and by acting contrary to this NOTICE you <u>will</u> be
6  bound by its terms. Fail not under penalty of Law!
7  NOTICE is hereby given that:

8
9  1.)   I am of legal age, competent to testify and under no legal disability.
10 2.)   As the creditor and principal, I hereby formally accept the Oath
11       of Office and Bond of WAYNE D. BRAZIL esquire forming a contract in the
12       common law.

Dated this 27 day of February, 2008

By: authorized representative
Without recourse

ACCEPTANCE OF OATH AND BOND - 2 OF 2