E-FILED

FILED
FEB 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OSCAR HERNANDEZ

C/o 16 Newton Street,

San Francisco, California Zip Code

Exempt,

       Libellant,

  vs.

FIRST FRANKLIN LOAN SERVICES et. Al.

C/o P.O. Box 1838

Pittsburg, Pennsylvania [15230]

       Libellee,

) Case No.: No. CV 08-263 WDB
)
) MEMORANDUM OF MORE DEFINITATIVE STATEMENT

MEMORANDUM

    Now, by special appearance, comes Oscar Hernandez, the flesh and blood man, Sui Juris and unschooled in law, hereinafter referred to as me, my, I, or the like, to make the following AFFIDAVIT with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead or delay.

1.)    I am of legal age, competent to testify and under no legal disability.

2.)    Libellant has filed an action for declaratory judgment as a result of libellee's breach of agreement.

3.)    Libellant has exhausted his administrative remedies in this instant matter.

4.)    Libellant seeks a default judgment as libellees have failed to

rebut the complaint.

5.)    Libellees have failed to ask for a more definitive statement and are in agreement with libellant.

6.)    I have perfected an administrative COUNTERCLAIM procedure to exhaust my administrative remedies in this instant matter, see Notary Protest.

7.)    An examination of the Notary Protest will serve to establish that FIRST FRANKLIN LOAN SERVICES BANK has agreed to be bound to the COUNTERCLAIM obtained through the binding arbitration process of a Notary Protest, see Notary Protest.

OVERVIEW OF FACTS

8.)    On July 16, 2007 Libellees sent a presentment to me demanding payment of a sum certain.

9.)    I conditionally accepted that presentment upon FIRST FRANKLIN LOAN SERVICES'S continuing fiduciary duty to deal honestly and answer questions about the underlying obligation.

10.)   The RECORD shows that FIRST FRANKLIN LOAN SERVICES refused and/or failed to provide the requested proof of claim, such as,
   a. Provide the original note, both back and front, upon which the purported obligation arises,
   b. Provide evidence in the form of your book keeping entries that show where the "funds" originated.

11.)   I am unschooled in law and if the terms I have used are confusing I apologize and will be honored to clarify any specific definition, in doubt, to settle and close this matter in harmony with the post bankruptcy public policy of the UNITED STATES inc.

12.)   FIRST FRANKLIN LOAN SERVICES has at no time, indicated any confusion with my correspondence.

13.)   FIRST FRANKLIN LOAN SERVICES has remained silent.

14.)   FIRST FRANKLIN LOAN SERVICES had ample opportunity to ask for a more definitive statement.

15.) The RECORD shows that no such request for a more definitive statement was executed.

16.) Federal Rules of Civil Procedure provide for default judgment by the clerk for a failure to appear and defend.

17.) The Protest evidences FIRST FRANKLIN LOAN SERVICES'S agreement, consent and stipulation to my position.

18.) A declaratory judgment establishing FIRST FRANKLIN LOAN SERVICES'S default is appropriate.

In conclusion, I have been the victim of dishonorable predatory lending practices, or at the least, breach of agreement. I have not received an honest answer from anyone in this matter. My recourse to the "judiciary" is in an effort to resolve this matter in an honest and open forum. FIRST FRANKLIN LOAN SERVICES is a U.S. bank chartered by the U.S. and subject to the licensing requirements to operate with clean hands that the U.S. has laid down. FIRST FRANKLIN LOAN SERVICES is, as a matter of policy, operating without clean hands. FIRST FRANKLIN LOAN SERVICES has agreed by silence that I am foreign to the jurisdiction that they answer to and I am calling on the authority vested with holding FIRST FRANKLIN LOAN SERVICES responsible to do so. It is my intent and always has been to simply receive proof of their position, and absent that evidence then a correction of their records to indicate discharge.

My yea is my yea and my nay is my nay.

Dated this 27 day of February 2008

By: authorized representative
Without recourse