UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR HERNANDEZ<br><br>C/o 16 Newton Street,<br><br>San Francisco, California Zip Code<br><br>Exempt,<br><br>      Libellant,<br><br>  vs.<br><br>FIRST FRANKLIN LOAN SERVICES et. Al.<br><br>C/o P.O. Box 1838<br><br>Pittsburg, Pennsylvania [15230]<br><br>      Libellee, | ) Case No.: No. CV 08-263 WDB<br>)<br>)<br>) **CERTIFICATE OF SERVICE**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CERTIFICATE OF SERVICE

    Now, by special appearance, comes Oscar Hernandez the flesh and blood man, Sui Juris and unschooled in law, hereinafter referred to as me, my, I, or the like, to make the following NOTICE with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead.

NOTICE is hereby given that:

    1.)    I am of legal age, competent to testify and under no legal disability.

1  2.)    This is to certify that on February _____, 2008 I placed a true
2      and accurate copy of the enclosed MEMORANDUM, NOTICE OF APPOINTMENT OF
3      FIDUCIARY TRUSTEE and NOTICE OF ACCEPTANCE OF OATH AND BOND in the U.S.
4      mail with postage prepaid and addressed as follows:
5  FIRST FRANKLIN LOAN SERVICES et. Al.
6  C/o P.O. Box 1838
7  Pittsburg, Pennsylvania [15230]
8      With certified mail number 7007 1490 0005 1250 6272

Dated this **27** day of February, 2008

_____
By: authorized representative
Without recourse

CERTIFICATE OF SERVICE - 2 OF 2